UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARLA JONES,**

    **Plaintiff,**

                                  **CASE NO:  3:16-CV-332-HTW-LRA**

**vs.**

**UNIVERSITY OF MISSISSIPPI**
**MEDICAL CENTER**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

The parties have reached an agreement that has been reduced to writing and are in the process of circulating it for execution.

The parties will be filing a joint stipulation of dismissal as soon as the agreement has been executed.

Dated this the 12th day of January 2017.

                                                    Respectfully submitted,

                                                    /s/ Edward I. Zwilling
                                                    Edward I. Zwilling
                                                    Ala. Bar No. ASB-1564-L54E
                                                    Schwartz Roller & Zwilling
                                                    600 Vestavia Parkway, Suite 251
                                                    Birmingham, Alabama 35216
                                                    Telephone:    (205) 822-2701
                                                    Facsimile:     (205) 822-2702
                                                    Email: ezwilling@szalaw.com

                                                   /s/ Stephen A. Brandon
                                                   Stephen A. Brandon, Attorney at Law
                                                   2648 Ridgewood Road, Suite A
                                                   Jackson, Mississippi 39216

> Telephone:  (601) 714-2771
> Facsimile:  (601) 982-0371
> Email: *steve@stevebrandonlaw.com*

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on January 12, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

> Mark D. Ray
> University of Mississippi Medical Center
> 2500 N. State Street
> Jackson, MS 39216
> Telephone: (601) 987-1969
> Facsimile: (601) 984-1997

> /s/ Edward I. Zwilling
> OF COUNSEL